SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>     Plaintiff,<br><br>  vs.<br><br>Demetra Mantis,<br><br>     Defendant | Case No. **2:11-CV-00357-JAM-JFM**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  3/9/2012

                              /s/ John A. Mendez_____
                              U. S. District Court Judge

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-00357-JAM-JFM- 1